

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Suenan Gober, Appellant

No. 06-18-00039-CV      v.

Bulkley Properties, LLC, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV43552). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Bulkley Properties, LLC, pay all costs of this appeal.

RENDERED DECEMBER 28, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk